**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 19-1368**

ARTHUR LEE HAIRSTON, SR.,

       Plaintiff - Appellant,

    v.

SOCIAL SECURITY ADMINISTRATION COMPASS POINTE, MARTINSBURG; MID-ATLANTIC PROGRAM CENTER; UNKNOWN INDIVIDUALS,

       Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, Chief District Judge. (3:19-cv-00003-GMG)

Submitted: July 31, 2019           Decided: August 20, 2019

Before GREGORY, Chief Judge, and MOTZ and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Lee Hairston, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Lee Hairston, Sr., appeals the district court's order adopting the magistrate judge's recommendation and dismissing Hairston's claim regarding disability benefits for failure to exhaust administrative remedies. We have reviewed the record and perceive no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's judgment. *See Hairston v. Soc. Sec. Admin.*, No. 3:19-cv-00003-GMG (N.D.W. Va. Apr. 1, 2019). We grant Hairston's motion to withdraw his motion for voluntary dismissal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2